In the Matter of GEORGE I. McINROY et al., Appellants, v. A. CARL GRUNEWALD et al., Constituting the Board of Appeals of the Town of Oyster Bay, Respondents.—

In our opinion, the record sustains the conclusion of the existence of practical difficulties. An area variance may be granted on the ground of practical difficulties alone without a showing of unnecessary hardship (*Matter of Village of Bronxville* v. *Francis,* 1 A D 2d 236, and cases therein cited). Nolan, P. J., Beldock, Ughetta, Kleinfeld and Christ, JJ., concur.